CONCETTA NUCCIO, Respondent, v. THE LONG ISLAND RAILROAD COMPANY and CHARLES F. VACHRIS, INC., Appellants.— In an action to recover damages for personal injuries sustained by plaintiff through tripping in a hole alleged to have been created by defendants in a public sidewalk, order granting reargument and on reargument adhering to the court's original decision and granting plaintiff's motion to strike out the separate defense contained in the answer of each defendant, in so far as appealed from, reversed on the law, with one bill of ten dollars costs and disbursements, and the motion denied, with one bill of ten dollars costs. The amended complaint alleges nuisance as well as negligence. In order to meet a possible claim that they had created an absolute nuisance, a theory which would relieve the plaintiff of proving freedom from contributory negligence, the defendants should be permitted to prove that the hole was made under a permit from the city. (*McFarlane* v. *City of Niagara Falls*, 247.N. Y. 340; *Delaney* v. *Philhern Realty Holding Corp.*, 280 id. 461.) The issuance of the permit could not be proved unless pleaded. (*Clifford* v. *Dam*, 81 N. Y. 52.) Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS McCOMB HERZOG, Respondent, v. ANGELA STEVENSON MORGAN, Appellant.— Order sustaining a writ of habeas corpus and awarding the relator limited custody of his two infant children modified on the facts so as to provide that the relator shall have custody of the children each year for a period of two weeks during either July or August, but on condition that the children be accompanied by their nurse or governess, and so as to provide that the relator shall have the right to visit the children between the hours of three and six P. M. on one Sunday each month, provided he gives reasonable notice to appellant of his intention so to do. As so modified, the order is unanimously affirmed, without costs. In view of the tender years of the children and under all the circumstances, in our opinion the children should not be separated from their mother for a longer period than two weeks. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur. Settle order on notice.